FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLYYDS, LONDON, subscribing to Policy B0572MA20162853 008/76844,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>OZONE INTERNATIONAL, LLC,<br><br>　　　　　　Defendant. | No.   1:20-cv-03007-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 19, 2020, the parties filed a stipulated dismissal, ECF No. 14. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

　　**1.**　The parties' Notice of Voluntary Dismissal With Prejudice, **ECF No. 14**, is **GRANTED**.

　　**2.**　All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

　　**3.**　All pending motions are **DENIED AS MOOT**.

　　**4.**　All hearings and other deadlines are **STRICKEN**.

　　**5.**　The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE – 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th of November 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2